# City of Demopolis *v.* Atkeison.

*Violating Municipal Ordinance.*

(Decided April 4, 1912. 58 South. 684.)

*Appeal and Error; Record; Dismissal.*—Where the record fails to show that the court was organized and held at a time and place designated by law, and presided over by an officer authorized by law, the record fails to show a court properly organized and held, and hence, a judgment rendered by such court will not sustain an appeal.

APPEAL from Marengo Law and Equity Court.
Heard before Hon. E. J. GILDER.

The city of Demopolis prosecuted Charles A. Atkeison for a violation of its ordinance, and from an adverse judgment the city appeals. Appeal dismissed.

C. L. KELLY, and B. G. WILSON, for appellant. Counsed discuss the errors assigned, together with citation

[City of Birmingham v. Baranco.]

of authority to sustain their contention, but in view of the opinion it is not deemed necessary to here set them out, as they do not brief the point decided.

C. K. ABRAHAMS, for appellee. The record fails to show the proper court presided over by a proper officer, and hence, the judgment rendered will not support an appeal.—147 Ala. 274.

PELHAM, J.—The appeal in this case purports to be from the law and equity court of Marengo county, but the record does not show any organization of the court from the judgment of which the appeal is prosecuted. For failure to show by the record that the court was held at the time and place designated by law and presided over by an officer authorized by law, the appeal must be dismissed.—*Pensacola A. & W. Ry. Co. v. Big Sandy Iron Co.*, 147 Ala. 274, 41 South. 418; *Tom Grantham v. State*, 3 Ala. App. 168, 57 South. 1025; *Thomas v. Daniel Bros.*, 42 South. 623;[1] *McPherson v. Wiggins*, 40 South. 961;[2] 2 Cyc. 1033; 3 Cent. Dig. Appeal & Error, §§ 2282, 2283.

Appeal dismissed.

*Violating Municipal Ordinance.*

